IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| AMY BROOKS TRIPLETT,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION, SOLUTIONS, INC.<br><br>Defendant. | Case No. 8:23-cv-01976-DOC-JDE<br>Hon. David O. Carter<br><br>**ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** [22] |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: July 24, 2025

_____
Honorable David O. Carter
United States District Court Judge